Clara A. Hoffman, Individually and as Administratrix of Estate of Helena Engelking, Deceased, Appellee, v. Arthur Engelking et al., Appellants.

Gen. No. 41,343.

opinion filed June 25, 1940. Wolff, Keane, O'Leary & Gomberg, for appellants; Philip Baim, for appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."